UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| SIGNATURE |
| --- |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES  NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES  NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES  NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES  NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL    APPOINTED COUNSEL |

Case 1:08-cv-02136     Document 4     Filed 04/15/2008     Page 2 of 2