UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **BENSON CONSTRUCTION COMPANY AND MARK W. BERGLUND** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 2136** <br><br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 21, 2008**, at **10:34 AM**, I served the above described documents upon **MARK W. BERGLUND** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **GEILA BERGLUND / WIFE.**

Said service was effected at **3128 N. SCHOENBECK RD, ARLINGTON HEIGHTS, IL 60004.**

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **44**  Hgt: **5'5"**  Wgt: **138**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Ryan Flaska, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 21st day of April, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38047