UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>BENSON CONSTRUCTION COMPANY AND MARK W. BERGLUND<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 2136**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 23, 2008**, at **11:19 AM**, I served the above described documents upon **BENSON CONSTRUCTION COMPANY** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **SUSAN MADDINGLY / ASSISTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **6032 N. LINCOLN AVE, MORTON GROVE, IL 60053**.

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **54**  Hgt: **5'4"**  Wgt: **150**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_

Ryan Flaska, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 23rd day of April, 2008

_[signature: Joan C. Harenberg]_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38046